MARK A. CAMPBELL (SB# 93595)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
mcampbell@murphycampbell.com
rroundy@murphycampbell.com

Attorneys for Plaintiff, LYNNE A. BUI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE A. BUI, an individual , <br><br> Plaintiff, <br><br> vs. <br><br> GOLDEN BIOTECHNOLOGY CORPORATION, a New Jersey Corporation, <br><br> Defendant. | Case No. CV 13-4939 EJD <br><br> **STIPULATION OF DISMISSAL** |

　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1).

　　Te Clerk shall close this file.

DATED: February 11, 2015　　　　　MURPHY, CAMPBELL, ALLISTON & QUINN


　　　　　　　　　　　　　　　By:　　　/s/ Mark A. Campbell
　　　　　　　　　　　　　　　　　　Mark A. Campbell
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, LYNNE A. BUI

DATED: February 11, 2015　　　　　JONES DAY


　　　　　　　　　　　　　　　By:　　　/s/ Jonathan Sack
　　　　　　　　　　　　　　　　　　Jonathan Sack
　　　　　　　　　　　　　　　　　　Attorneys for Defendant, GOLDEN
　　　　　　　　　　　　　　　　　　BIOTECHNOLOGY CORPORATION